**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT STONE, <br><br> Plaintiffs, <br><br> vs. <br><br> JEWISH HOSPITAL & ST. MARY'S HEALTHCARE, INC., ET AL., <br><br> Defendants. | **FILED UNDER SEAL** <br><br> CIVIL ACTION: 3:17-CV-294-RGJ |

## ORDER

The United States having intervened in part and declined in part in this *qui tam* action, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), for the purpose of settlement, and the United States and Relator Robert Stone having stipulated to the unsealing of the case with certain exceptions, the Court rules as follows:

1. IT IS HEREBY ORDERED that the seal is lifted from this action in all respects, except as specified in Paragraph 3 below.

2. IT IS HEREBY ORDERED that the Relator's Complaint and Amended Complaint, the United States' Notice of Election to Intervene in Part and Decline to Intervene in Part for Purposes of Settlement; and Stipulation Re Unsealing of Case, and this Order shall be unsealed.

3. IT IS HEREBY ORDERED that all other documents filed in this case shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

SO ORDERED, this ____ day of _____, 20____.

_____
Judge, United States District Court
Western District of Kentucky

Tendered by:

William F. Campbell
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone: (502) 582-6773
Fax: (502) 625-7110

cc:   Counsel of Record