UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT STONE, | § § § |
| Plaintiffs, | § § |
| vs. | § § |
| JEWISH HOSPITAL & ST. MARY'S HEALTHCARE, INC., ET AL., | § § § § |
| Defendants. | § § |

CIVIL ACTION: 3:17-CV-294-RGJ

**JOINT STIPULATION OF DISMISSAL**

The United States, Relator Robert Stone, and Defendant Jewish Hospital & St. Mary's Healthcare, Inc. have reached a settlement agreement to resolve this action. Also, the Relator has settled any and all claims and causes of action that it may have against Defendant Jewish Hospital & St. Mary's Healthcare, Inc. under 31 U.S.C. § 3730(d)(1) for expenses, attorneys' fees, and costs related to the Relator's *qui tam* complaint.

In accordance with the terms and conditions of the Settlement Agreement, and pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), the United States and the Relator hereby stipulate to dismissal of the *qui tam* complaint. The dismissal shall be with prejudice to the Relator and the United States as to all claims for the Covered Conduct as defined in the Settlement Agreement as to Jewish Hospital. The dismissal shall be without prejudice to the United States and with prejudice to the Relator as

to all other claims as to Jewish Hospital and all claims as to all other defendants in the Civil Action.

A stipulated dismissal under Rule 41(a)(1) is appropriate because the defendants named in the *qui tam* complaint have not appeared in this action; therefore, all parties who have appeared now stipulate to dismissal.

        Respectfully submitted,

        RUSSELL M. COLEMAN
        United States Attorney


        /s/ William F. Campbell
        William F. Campbell
        Assistant United States Attorney
        717 West Broadway
        Louisville, KY 40202
        Phone:  (502) 582-6773
        Fax:  (502) 625-7110

        JOSEPH H. HUNT
        Assistant Attorney General
        Civil Division

        ANDY J. MAO
        EDWARD C. CROOKE
        HARIN C. SONG
        Attorneys, Civil Division
        U.S. Department of Justice
        Commercial Litigation Branch
        P.O. Box 261, Ben Franklin Station
        Washington, DC 20044
        Phone: (202) 307-6971

/s/ Robert M. Thomas, Jr. (w/ permission)
Robert M. Thomas, Jr.
Thomas & Associates
20 Park Plaza, Suite 438
Boston, MA 02116-4322
bob@thomasdurrell.com

/s/ Suzanne E. Durrell (w/ permission)
Suzanne E. Durrell
Durrell Law Office
180 Williams Avenue
Milton, MA 02186
suzanne@thomasdurrell.com

/s/ David W. S. Lieberman (w/ permission)
David W. S. Lieberman
Powderhouse Law, LLC
24 Powder House Terrace, #1
Somerville, MA 02144
david@thomasdurrell.com

/s/ Brian M. Vines (w/ permission)
Brian M. Vines
Hare Wynn Newell & Newton
200 West Vine Street, Suite 700
Lexington, KY 40507
bvines@hwnn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2019, I mailed a copy of the foregoing to:

Robert M. Thomas, Jr.
Thomas & Associates
20 Park Plaza, Suite 438
Boston, MA 02116-4322
bob@thomasdurrell.com

Suzanne E. Durrell
Durrell Law Office
180 Williams Avenue
Milton, MA 02186
suzanne@thomasdurrell.com

David W. S. Lieberman
Powderhouse Law, LLC
24 Powder House Terrace, #1
Somerville, MA 02144
david@thomasdurrell.com

Brian M. Vines
Hare Wynn Newell & Newton
200 West Vine Street, Suite 700
Lexington, KY 40507
bvines@hwnn.com

*Counsel for the Relator*

                                                   /s/ William F. Campbell
                                                   William F. Campbell
                                                   Assistant United States Attorney